UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CRIMINAL ACTION NO.: 7:25-CR-00010-DLB-EBA

UNITED STATES OF AMERICA                                             PLAINTIFF

**MOTION FOR EXTENSION OF TIME
TO FILE MOTION FOR REARRAINMENT**

LONNIE JAMES MAYNARD
                                                                                                            DEFENDANT

       Comes now Hon. Michael B. Fox, counsel for Defendant, Lonnie Maynard, with Defendant Maynard's consent, and moves the Court to extend the time within which Defendant may elect to file a motion for reararrignment and receive credit for timely acceptance of responsibility in this matter. Defendant and the United States are optimistic that an agreed resolution of this matter is imminent but require additional time to complete their agreement. Defendant requests an extension of time until 4:30 pm, Tuesday, August 5, 2025, to file his motion for rearraignment and receive credit for acceptance of responsibility under the United States Sentencing Guidelines. The United States has indicated it does not object to the motion herein.

       WHEREFORE, based on the foregoing, Counsel for Defendant, Lonnie Maynard, respectfully requests that the Court grant the Motion to Extend Deadlines as described herein.

Respectfully Submitted,

/s/ Michael B. Fox
Michael B. Fox
Kentucky Bar# 83236
Fox Law Office
P.O. Box 1450
Olive Hill, KY 41164
(606) 286-5351
(606) 286-5352 (fax)
mike@foxlaw1.com
*Counsel for Defendant,*
*Lonnie Maynard*

CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2025, I electronically filed the foregoing with the clerk of the court by using CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Michael B. Fox