UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CRIMINAL ACTION NO.: 7:25-CR-00010-DLB-EBA

UNITED STATES OF AMERICA                                    PLAINTIFF

V.              **MOTION FOR REARRAIGNMENT**

LONNIE MAYNARD                                              DEFENDANT

    Comes now Hon. Michael B. Fox, counsel for Defendant, Lonnie Maynard, and pursuant to Rule 11(a) of the Federal Rules of Criminal Procedure, moves the Court to schedule a rearraignment hearing in the above captioned matter. The undersigned is scheduled for vacation the week of Aug 11th, 2025, and is unavailable to attend court hearings that week. This matter is currently scheduled for a Final Pre-Trial Conference on August 18, 2025, at 8:30 am.

    Respectfully Submitted,

/s/ Michael B. Fox_____
Michael B. Fox
Fox Law Office
P.O. Box 1450
Olive Hill, KY 41164
(606) 286-5351
(606) 286-5352 (fax)
mike@foxlaw1.com
*Counsel for Defendant*
*Lonnie Maynard*

CERTIFICATE OF SERVICE

    I hereby certify that on Aug 5, 2025, I electronically filed the foregoing with the clerk of the court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                               /s/ Michael B. Fox_____