The Honorable David L. Bunning
Chief Judge, United States District Court
Eastern District of Kentucky
35 West 5th Street
Covington, KY 41011

Winnie Blackburn
P.O. Box 2838
Pikeville, KY 41502

November 30, 2025

Dear Judge Bunning:

I am Winnie Blackburn, and I am writing this letter to you on behalf of my brother, Lonnie Maynard. I know that he has been convicted of a terrible crime. I also know that he should and must go to prison for this crime.

I have known my brother for all of his life. He is my younger brother. In light of what he is convicted of, it must come as a shock, but for as long as I have known Lonnie, he has had a kind soul. He has always been a person in my life that I could count on for anything.

In the early 2000's, my husband was involved in a traumatic car accident that rendered him permanently disabled. I was forced to stop working for years to take care of my husband once he was well enough to return home from the hospital. Lonnie was invaluable to me during this time. He helped me financially, and he was a great uncle to my two sons. My youngest son was in elementary school at the time, and Lonnie always made sure he had everything he needed during this very rough period of my family's lives. I would not even have to ask him to help me with buying back-to-school clothes for him; he would just buy them out of his own instinct. Although I always done my best for my son, I believe Lonnie was worried that he would go without during this time, and he would "feel" like a poor kid. Lonnie took him on vacations and made sure he had all the things he wanted – just like his friends had.

My elderly mother is the matriarch of my family. She radiates the purest form of love for everyone, even people she barely knows. Lonnie always made sure that she was able to go to all of her doctor's appointments. On Saturday nights, he would get all of her medication out for the week. Part of his daily life was getting groceries and household items that she needed. I can state without a doubt that he loves our mom, and our mom loves him. Even now, I video call with him every night, and he is always so excited to see my mom and me. She is now in the nursing home after suffering a massive brain bleed a few months ago.

Lonnie has been a devout Baptist for all of his life. To this day, I have never seen him drink alcohol, use drugs, or even curse. Before his arrest, he was a deacon at his church, a member of the choir, and a Sunday school teacher. He was a member of the same church for decades. Even since his arrest, he continues to focus on improving his relationship with God. He attends church every time he can while in jail.



He also maintained consistent employment for all of his adult life: notably, he worked as a grocery store manager, an insurance salesman, a car salesman, and later in a finance-related position at a dealership. I have always respected his work ethic.

I do not believe he is the sort of person that society benefits from simply warehousing without treatment. Rather, I believe society is better served when someone like him, someone who has lived responsibly for decades and has no other criminal history, receives structured mental-health treatment that addresses the issues underlying this offense. He needs the tools to ensure he never reoffends, and a treatment-focused environment is far more likely to provide this.

Therefore, I respectfully ask the Court to consider my perspective on his character when determining the appropriate sentence for my brother, Lonnie Maynard.

Sincerely,

/s/ Winnie Blackburn

Lonnie Maynard was a good husband. He always helped out around the house. Whether it was doing dishes, laundry, sweeping, mopping or dusting. He always took care of me when I was sick and stayed in the hospital with me. He always took me on little trips just to spend some time with me. He worked everyday even on days I know he wasn't able to. He was always involved in church activities helping out anyway he could.

Linda Maynard
11-21-2025

LM

Paul Blackburn <paulblackburn63@gmail.com>

Fri 11/28/2025 10:05 PM

To: Winnie Blackburn <wblackburn@ekn.com>;

My name is Keith Blackburn and I would like to address what I personally know of Lonnie Maynard's character.

I have known Lonnie since he was a child. He is my brother in law. Lonnie has always been a kind, considerate person.

He is always willing to lend a hand to those in need and has demonstrated that quality on numerous occasions, whether it be through his work with the church or just his interactions with people in daily life.

To sum up what I want to say. Lonnie Maynard is a good man at heart.

I have known Lonnie Maynard my entire life. Lonnie was a wonderful car salesman & was the type of person to do anything for anybody, even a complete stranger.

Lonnie had the best of manners, always yes 'mam', open door for you, having kind words to say to you, even strangers

No matter where I saw him, he always spoke to me & then would give me a big hug. Always polite.

Lonnie was a great father, husband to his family. Always supplied their every need. He loved his son so very much. There was nothing he would not do for his family

Effie Collins